WILLIAM M. CAVANAUGH, Appellant, *v.* ALFRED BRUMME, Respondent.

*Cavanaugh* v. *Brumme,* 124 App. Div. 921, affirmed.
(Argued November 16, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 11, 1908, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial in an action to recover money alleged to have been paid by plaintiff to defendant's use in accordance with the import of an alleged written instrument.

*Patrick H. Loftus* and *Frederick Stewart* for appellant.

*John F. Brush* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Lands for the Purpose of Opening Decatur Street in the Borough of Brooklyn.

FRANK B. WALKER, Appellant; JOHN SCHAUF et al., Respondents.

(Submitted November 22, 1909; decided November 30, 1909.)

Motion for re-argument denied, with ten dollars costs. (See 196 N. Y. 286.)